# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of June, two thousand twenty-four.

---

Frederick J. Keitel, III, individually, and as President of FJK IV PROPERTIES, INC., a Florida Corporation,

    Plaintiff - Appellant,

v.

Elzbieta D'Agostino, et al.

    Defendants - Appellees.

**ORDER**

Docket No. 23-77(L), 23-933(Con)

---

    On May 20, 2024, the Court set a deadline of July 1, 2024 for Appellant to file his brief in the appeal under docket number 23-77. However, Appellant has filed motions to proceed in forma pauperis and to reinstate the appeal under docket number 23-933. Upon consideration thereof,

    IT IS HEREBY ORDERED that Appellant's briefing deadline is tolled pending the Court's decision on his motion to proceed in forma pauperis. *See* Local Rule 31.2(a)(3).

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court